| PROB 22 (Rev. 1/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 19CR03650-001-GPC |
| | | DOCKET NUMBER (Rec. Court) |
| | | 2:25-cr-0141 DJC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Georgina Zaragoza<br>Eastern District of California<br><br>Lodi, CA | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | Gonzalo P. Curiel<br>U.S. District Judge | |
| | DATES OF | FROM / TO |
| | Supervised Release | 05/12/2025 — 05/11/2028 |

**FILED**
Jun 06, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Cocaine, a Class C felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Zaragoza has no significant ties to the Southern District of California and expects to remain in the Eastern District of California for the remainder of supervised release. The probation office in the Eastern District of California has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

06/05/25
Date

Gonzalo P. Curiel
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

06/06/2025
Effective Date

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

6444973